
CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 15 2015

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:06-cr-00049-3 |
| v. | ORDER |
| ELIGIA JUNIOR MARTIN,<br>Petitioner. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the construed motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 194) is **DISMISSED without prejudice as successive**; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for the United States.

ENTER: This 15th day of June, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge